**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   DARRYL ANDRES ESCALANTE,        )      No. C 10-00959 JW (PR)
                                     )
12              Petitioner,          )      ORDER TO SHOW CAUSE;
                                     )      DENYING MOTION FOR LEAVE TO
13     vs.                           )      PROCEED *IN FORMA PAUPERIS* AS
                                     )      MOOT
14                                   )
     RANDY GROUNDS, Warden,          )
15                                   )
                Respondent.          )
16                                   )
     _____)      (Docket No. 4)
17

18          Petitioner, a California inmate at the Correctional Training Facility in Soledad

19   proceeding pro se, seeks a petition for a writ of habeas corpus pursuant to 28 U.S.C. §

20   2254, challenging the 2007 decision by the Board of Parole Hearings (the "Board")

21   finding petitioner unsuitable for parole.  Petitioner has paid the filing fee.

22

23                               **BACKGROUND**

24          According to the petition, petitioner was convicted of four counts of attempted

25   murder with the use of a firearm.  (Pet. at 6.)  Petitioner was sentenced to life with the

26   possibility of parole in state prison on August 23, 1999.  On November 1, 2007, the

27   Board found petitioner unsuitable for parole after his third parole consideration hearing.

28   Petitioner challenged the Board's decision by filing habeas petitions in the state courts,

Order to Show Cause
P:\PRO-SE\SJ.JW\HC.10\Escalante00959_osc(parole).wpd

1  with the state high court denying review on February 10, 2010.  Petitioner filed the

2  instant federal petition on March 5, 2010.

3

4                                    **DISCUSSION**

5  **A.     Standard of Review**

6          This Court may entertain a petition for writ of habeas corpus "in behalf of a

7  person in custody pursuant to the judgment of a state court only on the ground that he is

8  in custody in violation of the Constitution or laws or treaties of the United States."  28

9  U.S.C. § 2254(a); Rose v. Hodges, 423 U.S. 19, 21 (1975).

10         A district court shall "award the writ or issue an order directing the respondent to

11 show cause why the writ should not be granted, unless it appears from the application

12 that the applicant or person detained is not entitled thereto."  28 U.S.C. § 2243.

13 **B.     Petitioner's Claims**

14         Petitioner seeks federal habeas corpus relief from the Board's November 1, 2007

15 decision finding him unsuitable for parole on the grounds that the decision was not

16 supported by some evidence that petitioner poses a current risk to public safety.  (Pet. at

17 6.)  Liberally construed, petitioner's claim appears cognizable under § 2254 and merits

18 an answer from respondent.

19

20                                    **CONCLUSION**

21      For the foregoing reasons and for good cause shown,

22      1.      The clerk shall serve by certified mail a copy of this order and the

23 petition and all attachments thereto on respondent and respondent's attorney, the

24 Attorney General of the State of California.  The clerk also shall serve a copy of this

25 order on petitioner.

26      2.      Respondent shall file with the court and serve on petitioner, within **sixty**

27 **(60) days** of the issuance of this order, an answer conforming in all respects to Rule 5 of

28 the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus

Order to Show Cause
P:\PRO-SE\SJ.JW\HC.10\Escalante00959_osc(parole).wpd                 2

*United States District Court*
For the Northern District of California

United States District Court

For the Northern District of California

1   should not be issued.  Respondent shall file with the answer and serve on petitioner a

2   copy of all portions of the state trial record that have been transcribed previously and

3   that are relevant to a determination of the issues presented by the petition.

4          If petitioner wishes to respond to the answer, he shall do so by filing a traverse

5   with the court and serving it on respondent within **thirty (30) days** of his receipt of the

6   answer.

7          3.      Respondent may file a motion to dismiss on procedural grounds in lieu of

8   an answer, as set forth in the Advisory Committee Notes to  Rule 4 of the Rules

9   Governing Section 2254 Cases.  If respondent files such a motion, petitioner shall file

10   with the court and serve on respondent an opposition or statement of non-opposition

11   within **thirty (30) days** of receipt of the motion, and respondent shall file with the court

12   and serve on petitioner a reply within **fifteen (15) days** of receipt of any opposition.

13          4.      Petitioner is reminded that all communications with the court must be

14   served on respondent by mailing a true copy of the document to respondent's counsel.

15   Petitioner must also keep the court and all parties informed of any change

16   of address.

17          5.      Petitioner's motion for leave to proceed in forma pauperis (Docket No. 4)

18   is DENIED as moot since petitioner has paid the filing fee.

19          This order terminates Docket No. 4.

20

21   DATED:      May 10, 2010

22                                                        JAMES WARE
                                                         United States District Judge

23

24

25

26

27

28

Order to Show Cause
P:\PRO-SE\SJ.JW\HC.10\Escalante00959_osc(parole).wpd                3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DARRYL A ESCALANTE,

           Petitioner,

   v.

RANDY GROUNDS, Warden,

           Respondent.

                                       /

Case Number: CV10-00959 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____5/13/2010_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darryl Andres Escalante K-35540
Correctional Training Facility
P. O. Box 689
Soledad, CA 93960-0689

Dated: _____5/13/2010_____

                              Richard W. Wieking, Clerk
                        /s/ By: Elizabeth Garcia, Deputy Clerk